UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

               -against-

MELVIN RODRIGUEZ,

                            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/28/2026
```

16-cr-0212-43 (LAK)

## SCHEDULING ORDER

LEWIS A. KAPLAN, *District Judge.*

        The violation of supervised release hearing held on April 28, 2026, is continued to June 25, 2026, at 2:15 p.m., in Courtroom 21B, 500 Pearl Street, New York, NY 10007, before the undersigned.

        SO ORDERED.

Dated:       April 28, 2026

                                        Lewis A. Kaplan
                              United States District Judge