USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

(S1)16 Cr 212-43 (LAK)

MELVIN RODRIGUEZ,

Defendant.

- - - - - - - - - - - - - - - - - - - - x

Order

On April 28, 2026 CJA attorney Florian Miedel was re-appointed to represent defendant Melvin Rodriguez regarding the April 9, 2026 violation of supervised release memo dated April 9, 2026.

Dated: September 10, 2026

Lewis A. Kaplan
United States District Judge